# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Suzana Popescu,<br>*Plaintiff(s)*<br>v.<br>JPMORGAN CHASE & CO. d/b/a JPMORGAN CHASE BANK N.A. a/k/a JPMORGAN CHASE BANK, N.A., et al,<br>*Defendant(s)* | Civil Action No.<br>12-80851-CV-Marra/Matthewman |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JPMORGAN CHASE & CO. d/b/a JPMORGAN CHASE BANK, N.A. a/k/a JPMORGAN CHASE BANK N.A.
% CT Corporation System (FL), R.A
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Suzana Popescu
10687 Versailles Blvd
Wellington, Florida 33449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 10, 2012



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Collette Quinones
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Suzana Popescu,

*Plaintiff(s)*

v.

JPMORGAN CHASE & CO. d/b/a
JPMORGAN CHASE BANK N.A. a/k/a
JPMORGAN CHASE BANK, N.A., et al,

*Defendant(s)*

Civil Action No.

**12-80851-CV-Marra/Matthewman**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHASE HOME FINANCE, LLC
% COHEN & ROTH, LLC
717 Ponce De Leon Blvd
Suite 220-A
Coral Gables FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Suzana Popescu
10687 Versailles Blvd
Wellington, Florida 33449

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **Aug 10, 2012**



**SUMMONS**

s/Collette Quinones
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court