UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80851-CV-Marra/Matthewman

SUZANA POPESCU,

    Plaintiff,

v.

JP MORGAN CHASE & CO. d/b/a
JP MORGAN CHASE BANK, N.A.
a/k/a JP MORGAN CHASE BANK, N.A.
CHASE HOME FINANCE, LLC, and all
JOHN & JANE DOES 1-50,

    Defendants.
_____/

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance, LLC (collectively, "Chase"),[1] respectfully files its Corporate Disclosure Statement. Chase is a wholly owned subsidiary of JPMorgan Chase & Co. ("JPM"), a publicly-traded company. No publicly-held corporation owns ten percent or more of JPM's stock.

Respectfully submitted this 15 day of July, 2013

    s/Ronald J. Tomassi, Jr.
    Thomas H. Loffredo, Esq.
    Florida Bar No. 870323
    tom.loffredo@gray-robinson.com
    Ronald J. Tomassi, Jr., Esq.
    Florida Bar No. 029751
    ronald.tomassi@gray-robinson.com
    **Gray Robinson, P.A.**
    401 East Las Olas Boulevard, Suite 1850
    Fort Lauderdale, Florida 33131
    (954) 761-8111 (telephone)
    (954) 761-8112 (facsimile)
    *Attorneys for Chase*

---

[1] JPMorgan Chase & Co. is a holding company and is improperly sued here.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/   Ronald J. Tomassi, Jr.

## SERVICE LIST

Suzana Popescu
*Pro Se*
10687 Versailles Blvd.
Wellington, Florida  33449
Telephone:  561-577-9246
[Via US Mail]

Thomas H. Loffredo, Esq.
tom.loffredo@gray-robinson.com
Ronald J. Tomassi, Jr., Esq.
ronald.tomassi@gray-robinson.com
Lisa A. Nagele, Esq.
lisa.nagele@gray-robinson.com
**Gray Robinson, P.A.**
401 East Las Olas Boulevard
Suite 1850
Fort Lauderdale, Florida 33131
Telephone:  954-761-8111
Facsimile:  954-761-8112
*Attorneys for JPMorgan Chase*